IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

A.C. STEELMAN, et al.,

    Plaintiff,

v.

TRI-COUNTY, INC.,

    Defendant.

**\*E-FILED - 12/22/05\***

CASE NO.: C-05-03029-RMW

**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL**

    On November 30, 2005, plaintiffs filed a request for dismissal of entire action. The court grants plaintiffs' request and dismisses this case.

    **IT IS SO ORDERED.**

DATED: December 22, 2005

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28